IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BOBBY NEAL WALLACE, ) <br> Plaintiff, ) <br> v. ) <br> CAROLYN W. COLVIN, ) <br> Commissioner of Social Security, ) <br> Defendant. ) | No. 2:11-cv-00100 <br><br> Judge Nixon <br> Magistrate Judge Griffin |

## ORDER

Pending before the Court is Plaintiff Bobby Neal Wallace's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 16), filed with a Brief in Support (Doc. No. 17). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 20.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report"), recommending that the Motion be denied. (Doc. No. 23 at 31.) The Report was filed on May 21, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 12 day of June, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT